IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Teresea Duncan,                    )
                                   )   2:11-cv-1536-GEB-CKD
          Plaintiff,               )
                                   )
     v.                            )   ORDER RE: PLAINTIFF'S EX
                                   )   PARTE APPLICATION
Hartford Life and Accident         )
Insurance Company, Lorillard       )
Tobacco Company,                   )
                                   )
          Defendant.               )
_____

     On December 13, 2011, Plaintiff filed an ex parte application for a continuance of the hearing on Defendant Lorillard Tobacco Company's ("Lorillard") motion for judgment on the pleadings. Lorillard responds to Plaintiff's application arguing, inter alia, that "it does not oppose further briefing" so long as it is given a chance to respond to any supplemental brief filed by Plaintiff.

     In light of this portion of Lorillard's response, the following schedule is established: no later than December 23, 2011, Plaintiff shall file her supplemental brief; no later than December 30, 2011, Lorillard shall file its response to Plaintiff's supplemental brief; and the hearing on Lorillard's motion, currently scheduled for December 19, 2011, is rescheduled to commence at 9:00 a.m. on January 23, 2012.

Dated:  December 14, 2011


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1