UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TERESEA DUNCAN,<br><br>          Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a corporation; LORILLARD TOBACCO COMPANY GROUP DISABILITY INCOME PLAN, an ERISA plan; LORILLARD TOBACCO COMPANY, a corporation; DOES 1 through 10,<br><br>          Defendants. | CASE NO. 2:11-cv-01536-GEB-CKD<br><br>Assigned for All Purposes to Honorable Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO MOVE FOR ADDITIONAL DISCOVERY TO PERMIT PRIOR RESOLUTION OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
|---|---|

[PROPOSED] ORDER CONTINUING DEADLINE TO MOVE FOR ADDITIONAL DISCOVERY

Upon considering the Stipulation and Joint Application to Continue Deadline to Move for Additional Discovery to Permit Prior Resolution of Motion for Judgment on the Pleadings, dated December 22, 2011 (Docket # 40) (the "Joint Application"),

**IT IS HEREBY ORDERED THAT**:

1. The Joint Application is **GRANTED;**
2. The Court hereby continues the deadline for the parties to move for any additional discovery from January 3, 2012 to February 1, 2012.

**IT IS SO ORDERED.**

**Date:  12/27/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Respectfully Submitted by:

GREENBERG TRAURIG, LLP


By  /s/ Gracia Tse
      Gracia Tse
      Attorneys for Defendant
      Lorillard Tobacco Company