IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresea Duncan,<br><br>        Plaintiff,<br><br>   v.<br><br>Hartford Life and Accident<br>Insurance Company, Lorillard<br>Tobacco Company,<br><br>        Defendants.<br>_____ | 2:11-cv-1536-GEB-CKD<br><br><br>ORDER VACATING HEARING DATE<br>FOR DISCOVERY MOTIONS |

      Plaintiff filed a discovery motion on February 1, 2012, which she withdrew on February 27, 2012. Further, on February 1, 2012, Defendant Lorillard Tobacco Company ("Lorillard") filed a motion seeking discovery on the issue of the interpretation of the Workers' Compensation Compromise and Release "should the Court intend to consider any . . . extrinsic evidence from Plaintiff" on that issue. (Lorillard Mot. 4:15-18, ECF No. 48.) However, Plaintiff stated in response to Lorillard's motion that she "agrees that no extrinsic evidence is necessary" to interpret the Compromise and Release. (Opp'n 2:24-26.) Therefore, the contingency upon which Lorillard premised its motion has not been shown to exist, and Lorillard's motion is denied as moot. Since neither motion is pending, the March 5, 2012, noticed hearing date for each motion is vacated.

Dated:  February 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge