IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DUNCAN, ) | |
| ) | 2:11-cv-01536-GEB-CKD |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING PLAINTIFF'S |
| ) | REQUEST TO SEAL DOCUMENTS |
| THE HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, a ) | |
| corporation; LORILLARD TOBACCO ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| AND RELATED COUNTERCLAIM ) | |
| _____ ) | |

       On January 28, 2013, Plaintiff submitted a Second Request to Seal Documents, in which she seeks to file under seal "Plaintiff's Exhibit 3[,]" which consists of "excerpts from Defendant Lorillard Tobacco Company's employee benefit plan SPDs." (Pl.'s Notice of Req. to Seal, 1:22-24, ECF No. 109.)

       Plaintiff's sealing request is premised upon the incorrect legal standard and is therefore denied. See Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 677 (9th Cir. 2010) ("Two standards generally govern motions to seal documents[.]"); Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[J]udicial records attached to dispositive motions [are treated] differently from records attached to non-dispositive motions. Those who seek to maintain the

secrecy of documents attached to dispositive motions must meet the high threshold of showing that "compelling reasons" support secrecy.)

Dated: January 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge