# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESEA DUNCAN,<br><br>           Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a corporation; LORILLARD TOBACCO COMPANY, a corporation; DOES 1 through 10,<br><br>           Defendants,<br><br>AND RELATED CROSS-ACTION. | Case No.  2:11-CV-01536-GEB-CKD<br><br>**[PROPOSED] ORDER VACATING PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES, INTEREST AND COSTS AFTER BENEFIT APPROVAL ON REMAND**<br><br>Date: July 1, 2013<br>Time: 9:00 a.m.<br>Courtroom 10 |

Plaintiff has withdrawn her Renewed Motion For Attorneys' Fees, Interest and Costs without prejudice.

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-7956-1748 v1 — - 1 - — CASE NO. 2:11-CV-01536-GEB-CKD
[PROPOSED] ORDER VACATING PLTF'S MTN FOR ATTYS' FEES, INTEREST AND COSTS

1    Accordingly, the July 1, 2013 hearing date is hereby vacated.

3    IT IS SO ORDERED.

5    **Date: 6/14/2013**

```
                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-7956-1748 v1         - 2 -        CASE NO. 2:11-CV-01536-GEB-CKD
                                           [PROPOSED] ORDER VACATING PLTF'S MTN
                                           FOR ATTYS' FEES, INTEREST AND COSTS